Opinion adopted by the Supreme Court.

## BROCK v. STATE.
### No. 22018.

Court of Criminal Appeals of Texas.
March 18, 1942.

Sanders & Letts, of Houston, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of unlawfully carrying a pistol, and was fined the sum of $200.

No statement of facts or bills of exceptions appear in the record, hence no question is presented for our review.

All matters of procedure appearing regular, the judgment is affirmed.

## DUGGAN v. STATE.
### No. 22013.

Court of Criminal Appeals of Texas.
March 18, 1942.

R. B. Gambill, of Denton, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for transporting intoxicating liquor in dry area. The complaint and information, in addition to charging the present offense, charges also that appellant had previously been convicted of two offenses of similar character, for the purpose of enhancing the punishment. Punishment assessed by the jury in the present case was a fine of six hundred dollars.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.